FILED: February 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1384
(5:22-cv-00344-FL)

_____

BENJAMIN C. LOCKE

    Plaintiff - Appellant

v.

NORTH CAROLINA STATE UNIVERSITY

    Defendant - Appellee

_____

O R D E R

_____

The court suspends the briefing schedule pending further order of the court.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk