FILED: May 27, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-1384
(5:22-cv-00344-FL)

———————————

BENJAMIN C. LOCKE

    Plaintiff - Appellant

v.

NORTH CAROLINA STATE UNIVERSITY

    Defendant - Appellee

———————————

M A N D A T E

———————————

The judgment of this court, entered May 2, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*